| PROB 22 | |
|---|---|
| **TRANSFER OF JURISDICTION** | DOCKET NUMBER *(Tran. Court)* <br> 4:21CR-00049-1 |
| | DOCKET NUMBER *(Rec. Court)* <br> 0:22CR00344-1 |

| NAME OF PROBATION/SUPERVISED RELEASE <br><br> Taqee Saleem Abdul-Hakim | DISTRICT <br><br> Utah |
|---|---|
| | DIVISION |
| | NAME OF SENTENCING JUDGE <br> David Nuffer, United States District Judge <br> ASSIGNED JUDGE |
| | DATES OF SUPERVISION TERM — FROM 9/9/2022 — TO 9/8/2025 |

**OFFENSE**

18 U.S.C. § 922(g)(1) Felon in Possession of a Firearm and Ammunition

**PART 1 – ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

IT IS HEREBY ORDERED that pursuant to 18 U.S.C.§3605 the jurisdiction of the defendant named above be transferred with the records of the Court to the United States District Court for the District of Minnesota upon the Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.

December 1, 2022          _/s/ David Nuffer_
   Date                          Honorable David Nuffer
                                           Senior U.S. District Judge

**PART 2 – ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED that jurisdiction over the above-named defendant be accepted and assumed by this Court from and after the entry of this order.

December 8, 2022          s/ Eric C. Tostrud
  Effective Date                    United States District Judge